

BARNES
IACCARINO &
SHEPHERD LLP

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2020

April 14, 2020

VIA ECF

Honorable Analisa Torres, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Trustees of the Drywall Tapers & Pointers Local Union No. 1974 Benefit Funds, et al. v. PK Interiors Inc.</u>

<u>Case No.</u>: 20-cv-1637 (AT)

Dear Judge Torres,

    This firm represents Plaintiffs Trustees of the Drywall Tapers & Pointers Local Union No. 1974 Benefit Funds, et al. in the above referenced matter. The Court scheduled an Initial Pretrial Conference in this case for May 12, 2020. Defendant has not entered an appearance in this case. Accordingly, Plaintiffs will be moving for default judgment. In light of the stated circumstances, Plaintiffs respectfully request that the scheduled May 12, 2020 Conference be adjourned sine die. No prior adjournment requests have been made.

    I appreciate your time and attention to this matter. Thank you.

Respectfully submitted,

/s/ Lauren Kugielska
Lauren M. Kugielska

GRANTED. The initial pretrial conference scheduled for May 12, 2020 is ADJOURNED *sine die*.

SO ORDERED.

Dated: April 14, 2020
      New York, New York

ANALISA TORRES
United States District Judge