UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS and THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO,

      Plaintiffs,

-against-

PK INTERIORS INC.,

      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2020

20 Civ. 1637 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 Having reviewed Plaintiff's supporting materials for default judgment, the Court concludes that the declaration submitted at ECF No. 23—which appears to be identical to the declaration filed at ECF No. 17 previously cited in the Court's order at ECF No. 20—fails to comply with Attachment A to the Court's Individual Practices in Civil Cases, which requires an "affidavit or declaration <u>signed by a **party** with **personal knowledge**</u>" (emphasis added).  Plaintiffs submitted an affidavit signed by their attorney, who is not a party with personal knowledge.

 Accordingly, it is hereby ORDERED that, by **July 31, 2020**, Plaintiffs shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices.

 SO ORDERED.

Dated: July 17, 2020
   New York, New York

                _____
                ANALISA TORRES
                United States District Judge