UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS and THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO,

                Plaintiffs,

-against-

PK INTERIORS INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/28/2020__

20 Civ. 1637 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Plaintiffs' supporting materials for default judgment, ECF Nos. 28–31, the Court concludes that the submission fails to comply with Attachment A to the Court's Individual Practices in Civil Cases, which requires the affidavit or declaration to include as attachments a proposed default judgment and a certificate of default from the Clerk of Court. Plaintiffs have not provided these attachments.

    Accordingly, it is hereby ORDERED that, by **September 8, 2020**, Plaintiffs shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices.

    SO ORDERED.

Dated: August 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge