USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/24/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS and THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO,

　　　　　　　　　　Plaintiffs,

-against-

PK INTERIORS INC.,

　　　　　　　　　　Defendant.

---

20 Civ. 1637 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　On July 10, 2020, Plaintiffs moved by order to show cause for a default judgment against Defendant. ECF No. 21. Plaintiffs have filed various submissions in support of its motion, including declarations with attachments from Joseph Ramaglia, Patrick Moss, and Lauren Kugielska, along with a proposed default judgment and a statement of damages (together, the "Supporting Documents"). ECF Nos. 28, 30, 31, 33.

　　Accordingly, it is hereby ORDERED that:

1. In light of the COVID-19 pandemic, the motion for default judgment will be resolved **on the papers**.

2. By **September 29, 2020**, Plaintiffs shall serve copies of this Order and the Supporting Documents on Defendant, by personal service.

3. By **October 1, 2020**, Plaintiffs shall file on the docket (1) proofs of service, and (2) the Supporting Documents that were served upon Defendant (as an attachment to the proofs of service).

4. By **October 29, 2020**, Defendant shall respond to Plaintiffs' motion.

5. By **November 12, 2020**, Plaintiffs shall submit their reply, if any

SO ORDERED.

Dated: September 24, 2020
　　　New York, New York

_____
ANALISA TORRES
United States District Judge